UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.8:09-bk-13325-KRM

JOSEPH B MASON
KAREN M. MASON
_____/

ORDER DISMISSING CHAPTER 13
CASE FOR FAILURE TO MAKE PLAN PAYMENTS
(EFFECTIVE DATE OF THIS ORDER IS 10 DAYS FROM THE DATE OF ENTRY)

This matter came on for consideration for the purpose of considering the entry of an appropriate Order in the above-styled Chapter 13 case. The Court, having reviewed the record, finds that an Order on Trustee's Motion To Dismiss For Failure to Make Payments to the Trustee and Granting Period to Cure Default was entered on October 20, 2009, for reason of the Debtor's delinquency in payments to the Trustee. The Court being advised that the Debtor failed to comply with said Order, it is,

ORDERED AND ADJUDGED:

1. The Trustee's Motion to Dismiss is now hereby GRANTED and this case be and the same is hereby DISMISSED without prejudice.

2. The Trustee shall first disburse all Trust Fund monies held as adequate protection, as provided for in this Court's previously entered Order Establishing Duties of Trustee and Debtor et seq., to those secured creditors provided for in the Debtor's proposed Chapter 13 Plan. The Trustee shall disburse the Trust Fund monies to the secured creditors either in the amount due or, in the event Trust Fund monies prove insufficient, pro rata. These monies shall be paid pursuant to the creditor's proof of claim or, in the event a claim was not previously filed, pursuant to the terms of the proposed Plan.

3. Any attorney fees due Debtor's counsel shall be paid pursuant to the Order Establishing Presumptively Reasonable Debtor's Attorney Fee In Chapter 13 Cases entered on August 31, 2007 in Miscellaneous Proceeding No. 07-mp-00002-MGW.

4. The Trustee shall return to the Debtor any monies not previously disbursed and file his final report and upon filing of same, shall be discharged of his

duties as trustee.

     5. The Trustee shall deduct from said monies his normal percentage thereof as necessary costs and expenses from sums collected pursuant to 11 U.S.C. 1326 (a) (2), together with any fee, charge or amount required under 28 U.S.C. 123.

     6. The effective date of this Order is delayed 10 days to permit the Debtor to convert this case to another chapter under the Bankruptcy Code if the Debtor wishes to do so.

DONE AND ORDERED at Tampa, Florida on November 03, 2009.

_____
K. RODNEY MAY
UNITED STATES BANKRUPTCY JUDGE

\* All reference to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

Copies to be provided by CM/ECF service.

TES/tab                                                            C13T 10/29/09